UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Lawrence Learner et al.</u>

     v.                    Civil No. 08-cv-00177-JL

<u>Marvin Lumber & Cedar Co., et al.</u>

## <u>O R D E R</u>

The Preliminary Pretrial Conference will be postponed pending disposition of the Motion to Dismiss.  If the parties would prefer to hold the conference prior to the decision on the motion to dismiss, the court will grant a joint motion making that request.


**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge


Dated:    September 22, 2008

cc:  Beth G. Catenza, Esq.
     John R. Harrington, Esq.
     Donald J. Brown, Esq.
     Emily G. Rice, Esq.